Michael R. Kealy, NV No. 971
Ethan J. Foster, NV No. 16535
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone:  775.323.1601
Facsimile:  775.348.7250
MKealy@parsonsbehle.com
EFoster@parsonsbehle.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| BRETT WAGERS,<br><br>   Plaintiff,<br><br>  vs.<br><br>ROBINSON NEVADA MINING COMPANY; MARK BERES II; and JOHN HAYNES,<br><br>   Defendants. | Case No.  3:25-CV-00055-MMD-CLB<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING  TO SECOND AMENDED COMPLAINT**<br>**(First Request as to the Second Amended Complaint)** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1, Defendants Robinson Nevada Mining Company ("Robinson"), John Haynes and Mark Beres II ("Mr. Haynes", "Mr. Beres" and, together with Robinson, the "Served Defendants") by and through their undersigned counsel of record, Michael Kealy and Ethan Foster of Parsons Behle & Latimer, respectfully move this Court for a brief extension of the deadline for the Served Defendants to respond to the Second Amended Complaint (ECF No. 35), filed by Plaintiff Brett Wagers ("Mr. Wagers") on June 13, 2025. For good cause and based upon the reasons and circumstances discussed below, Defendants seek and extension to time of one week to responsively plead, up to and including February 24, 2025. This Motion is based on the papers and pleadings filed in this case, the Memorandum of Points and Authorities submitted herewith, and any argument that this Court may request.

/ / /

/ / /

PARSONS
BEHLE &
LATIMER

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    FACTUAL BACKGROUND**

On February 3, 2026, the Court entered an Order Granting in Part and Denying in Part Defendants' Motion to Dismiss. Consequently, under Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, a responsive pleading is due on Tuesday, February 17, 2026.  That is the same day the parties are required to submit a joint discovery plan as specified by the Magistrate Judge in a July 10, 2025 Order Granting [Defendants'] Motion To Stay Discovery. *See* ECF No. 46.

At 10:00 a.m. on February 13, 2026, defense counsel Michael Kealy sent an email to Mr. Wagers to inquire whether he would stipulate to an extension of time of 4 business days for Defendants to file a responsive pleading to the Second Amended Complaint.[1] Mr. Wagers has yet to respond, however given the tenor of the parties' communications to date, Defendants do not expect Mr. Wagers to consent. Moreover, time is of the essence given the holiday weekend that precedes the deadline.

This is Defendants' first request for such relief in the context of the Second Amended Complaint, but Defendants made a similar request relative to the First Amended Complaint, for different reasons. *See* ECF No. 13.  Plaintiff declined to agree to the first request in the context of the First Amended Complaint.

**II.    ARGUMENT**

Rule 6(b) of the Federal Rules of Civil Procedure authorizes the Court to extend time for court proceedings for good cause shown. *See also* LR IA 6-1(a). Here an extension is warranted because Defendants' counsel has been working diligently toward a responsive pleading and have prepared drafts thereof, but additional time is needed to thoroughly confer with Defendants regarding the substance and accuracy of the responsive pleading and to work toward a final document. The Second Amended Complaint, having been drafted by a Pro Se Plaintiff, presents

---

[1]    Mr. Wagers has insisted on recording any telephone communications as a condition of speaking with defense counsel on the phone, so the parties' communications are presently limited to email.

PARSONS
BEHLE &
LATIMER

unique and challenging tasks in responding due to the content, accusations, and unorthodox manner of pleading. Only a modest extension of time is needed to coordinate with multiple client representatives, as a draft product for discussion and analysis has been compiled.

The responsive pleading deadline of February 17, 2026, coincides with the deadline imposed for filing a joint discovery plan. Mr. Kealy has had multiple communications with Plaintiff this week dedicated to the task of satisfying the requirements of the local rules and completing the joint discovery plan. There have been difficulties in those efforts which have not been resolved, and those difficulties have protracted the task of preparing what is intended to be a joint discovery plan. This competing demand has made it more difficult to focus on and refine Defendants' response.

Accordingly, Defendants respectfully request that their response deadline be extended by one week so that it falls on Tuesday, February 24, 2025. This will allow Defendants to properly respond to the Second Amended Complaint in a manner that best conserves judicial resources and avoids needless expenses to all parties in this case.

## III.    CONCLUSION

For the foregoing reasons, Served Defendants respectfully request that their *Motion for Extension of Time to File Responsive Pleading to Second Amended Complaint* be granted.

DATED: February 13, 2026.                    PARSONS BEHLE & LATIMER

By: */s/ Michael R. Kealy*
Michael Kealy, NV No. 971
Ethan J. Foster, NV No. 16535
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone:  775.323.1601
Facsimile:  775.348.7250
MKealy@parsonsbehle.com
EFoster@parsonsbehle.com

*Attorneys for Defendants*

ORDER

The response to the second amended complaint is due on Tuesday, February 24, 2025.
IT IS SO ORDERED.
Dated: February 13, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3