**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

BRETT ROBERT WAGERS,

Plaintiff,

v.

ROBINSON NEVADA MINING COMPANY,

Defendant.

Case No. 3:25-CV-00055-MMD-CLB

**ORDER REGARDING DEFENDANT'S MOTIONS REGARDING DISCOVERY DISPUTES**

[ECF No. 85, 88]

On August 13, 2026, Defendant Robinson Nevada Mining Company ("Robinson") filed a motion regarding discovery dispute. (ECF No. 85.) Robinson filed another motion regarding discovery dispute on August 19, 2026. (ECF No. 88.) However, during the case management conference held on March 2, 2026, the Court "withdr[ew] and suspend[ed] the requirement of the parties to follow the Court's Informal Discovery Dispute Procedure as outlined in her Standing Order at (ECF No. 22)." (ECF No. 60.) Thus, Robinson is not limited by the Court's Informal Dispute Procedure and then applicable truncated briefing requirements.

Therefore, if Robinson would like to supplement the motions with additional briefing, Robinson may submit a supplement for either or both motions on or before **Monday, August 24, 2026**.

If Robinson files supplemental briefing, Wagers's response to the motion and supplemental briefing will be due on or before **September 14, 2026**. If Robinson does not file supplemental briefing, Wagers's response will be due fourteen days after the date the motion was initially filed. In other words, if no supplemental briefing is filed, Wagers must respond to the first motion, (ECF No. 85), on or before **August 27, 2026**, and to the second motion, (ECF No. 88), on or before **September 2, 2026**.

///

///

Robinson's replies will be due seven days after Wagers's responses are filed.

**IT IS SO ORDERED**.

**DATED**: August 20, 2026.

**UNITED STATES MAGISTRATE JUDGE**