Holly R. Lake (CA SBN 204304)*
Robert R. Yap (CA SBN 263763)*
Michelle L. Ducharme (CA SBN 285572)*
DLA PIPER LLP (US)
2000 Avenue Of The Stars
Suite 400 North Tower
Los Angeles, CA 90067
Telephone: 310.595.3000
Email: holly.lake@dlapiper.com
robert.yap@us.dlapiper.com
michelle.ducharme@us.dlapiper.com
(*Admitted Pro Hac Vice)

Michael R. Kealy (NV SBN 971)
Ethan J. Foster (NV SBN 16535)
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: 775.323.1601
Email: mkealy@parsonsbehle.com
efoster@parsonsbehle.com

*Attorneys for Defendant*
*Robinson Nevada Mining Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRETT WAGERS,<br><br>Plaintiff,<br><br>vs.<br><br>ROBINSON NEVADA MINING COMPANY; MARK BERES II; and JOHN HAYNES,<br><br>Defendants. | Case No. 3:25-CV-00055-MMD-CLB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

Defendant Robinson Nevada Mining Company ("Defendant"), moves for withdrawal of attorney Michael R. Kealy as their counsel. Mr. Kealy will be retired by year-end 2026 and is actively in the process of implementing his retirement. The lead counsel role and primary handling of this matter have transitioned to attorneys with the DLA Piper law firm who are counsel of record appearing *pro hac vice* herein. It is requested Mr. Kealy's email address (MKealy@parsonsbehle.com) be removed from the Court's CM/ECF efiling service list in

connection with this matter.

This withdrawal will cause no delays nor will it impact deadlines or the progress of this case. Ethan Foster of Parsons Behle & Latimer and Holly R. Lake, Robert R. Yap and Michelle DuCharme of DLA Piper LLP (US) (*Admitted Pro Hac Vice*) will remain counsel of record for Defendant in the above-captioned matter.

Accordingly, Defendant respectfully request that the Court grant this request to withdraw Mr. Kealy as counsel of record.

DATED: September 25, 2026

PARSONS BEHLE & LATIMER

By: */s/ Ethan J. Foster*
Michael R. Kealy, NV SBN 971
Ethan J. Foster, NV SBN 16535
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: 775.323.1601
mkealy@parsonsbehle.com
efoster@parsonsbehle.com

Holly R. Lake (CA SBN 204304) *
Robert R. Yap (CA SBN 263763) *
Michelle L. Ducharme (CA SBN 285572)*
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
Telephone: 310.595.3000
Email: holly.lake@dlapiper.com
robert.yap@us.dlapiper.com
michelle.ducharme@us.dlapiper.com
(**Admitted Pro Hac Vice*)

*Attorneys for Defendant*

**IT IS SO ORDERED.**

**DATED:** September 25, 2026

UNITED STATES MAGISTRATE JUDGE