**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

BRETT WAGERS,

Plaintiff,

v.

ROBINSON NEVADA MINING COMPANY,

Defendant.

Case No. 3:25-CV-00055-MMD-CLB

**ORDER GRANTING DEFENDANT'S MOTION TO SHORTEN TIME FOR BRIEFING OF DEFENDANT'S EMERGENCY MOTION**

[ECF No. 117]

Currently pending before the Court is Defendant Robinson Nevada Mining Company's ("Robinson") motion to shorten time for briefing of defendant's emergency motion. (ECF No. 117.) For the reasons stated below, the Court grants Robinson's motion, (ECF No. 117).

## I. FACTUAL BACKGROUND AND PROCEDURAL HISTORY

On November 12, 2026, Plaintiff Brett Wagers ("Wagers") was scheduled for a deposition which he unilaterally ended after less than one hour on the record. (ECF No. 116-1 at 66-126.) As a result, Robinson filed an emergency motion to compel the deposition of plaintiff and issue sanctions. (ECF No. 116.) Relevant to the present motion, in their emergency motion, Robinson requests modification of the scheduling order to extend the initial expert disclosure deadline from December 28, 2026 to February 19, 2027 and the rebuttal expert disclosure deadline from January 26, 2027 to March 20, 2027. (*Id.* at 2.) Robinson makes this request to allow for the rescheduling of Wagers's Independent Mental Examination ("IME") with Dr. Culpepper, which is currently set for December 11, 2026 and cannot be rescheduled until January 2027 due to Dr. Culpepper's schedule. (*Id.* at 3.) Robinson argues the IME must be rescheduled as Dr. Culpepper needs to review Wagers's full deposition testimony prior to conducting the examination. (*Id.*) In order for the Court to rule on Robinson's emergency motion prior to the current IME date of December 11, 2026, Robinson filed this motion to shorten time as the current

schedule completes briefing on December 14, 2026.

## II. LEGAL STANDARD

Under Local Rule IA 6-1, "motions to shorten time will be granted only upon an attorney or party's declaration describing the circumstances claimed to constitute good cause to justify shortening of time." LR IA 6-1(d); Fed. R. Civ. P. 6(c)(1)(C).

## III. DISCUSSION

As the current schedule stands for Robinson's emergency motion, briefing would not be complete until December 14, 2026. Robinson argues there is good cause to shorten briefing because their emergency motion requests relief concerning the IME with Dr. Culpepper set for December 11, 2026. Without shortening the briefing schedule, their requested relief is moot as briefing would not be complete until after December 11, 2026. The Court finds this constitutes good cause and therefore adopts Robinson's shortened briefing schedule and orders Wagers to file an opposition by November 30, 2026 and Robinson to file a reply by December 3, 2026.

## IV. CONCLUSION

**IT IS THEREFORE ORDERED** that Robinson's motion to shorten time for briefing of defendant's emergency motion, (ECF No. 117), is **GRANTED.**

**IT IS FURTHER ORDERED** that Wagers must file an opposition to Robinson's emergency motion to compel the deposition of plaintiff and issue sanctions, (ECF No. 116), **by November 30, 2026**, and Robinson must file a reply by **December 3, 2026**.

**IT IS SO ORDERED.**

**DATED**: November 24, 2026.

**UNITED STATES MAGISTRATE JUDGE**